# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICHARD JOSEPH SOLOMON,** *pro se,*

    Petitioner,

v.                                                 Case No. 8:12-cv-1908-T-30MAP

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner's construed Motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1). Upon review and consideration, the Court determines that the Motion should be dismissed because a direct appeal is still pending. The Motion, most of which is undecipherable and incoherent, has been filed prematurely. *See United States v. Dunham*, 240 F.3d 1328, 1329-30 (11th Cir. 2001) ("We conclude that the district court lacked jurisdiction to consider and rule on Dunham's § 2255 motion during the pendency of her direct appeal of her sentence, and therefore her appeal of the district court's denial of that motion is dismissed without prejudice and the district court's order denying Dunham's § 2255 motion is vacated without prejudice to Dunham's right to file a § 2255 motion after the disposition of her direct appeal.").

It is therefore ORDERED AND ADJUDGED that:

1. Petitioner's construed Motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is DISMISSED without prejudice.

2. The Clerk is directed to close this file.

3. The Clerk is directed to terminate from pending status the motion to vacate (CR Dkt. #89) filed in the underlying criminal case #8:10-cr-490-T-30MAP.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2012.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2012\12-cv-1908.strike 2255.frm